IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APPROXIMATELY $11,854 IN UNITED STATES CURRENCY SEIZED FROM SHAMAR SELLERS ON JANUARY 13, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT; AND<br><br>APPROXIMATELY $9,500 IN UNITED STATES CURRENCY SEIZED FROM SHAMAR SELLERS ON FEBRUARY 25, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | CIVIL NO. 3:21-cv-404 |

**ORDER OF DEFAULT JUDGMENT**

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property: **approximately $11,854 in United States Currency seized from Shamar Sellers at Charlotte-Douglas International Airport on January 13, 2021 and approximately $9,500 in United States Currency seized from Shamar Sellers at Charlotte-Douglas International Airport on February 25, 2021.**

Signed: October 28, 2021

*Frank D. Johns*
Frank G. Johns, Clerk
United States District Court